FILED IN CHAMBERS
U.S.D.C. Atlanta

SEP 11 2020

JAMES N. HATTEN, Clerk
By: _____ Deputy Clerk

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF GEORGIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs <br><br> MUHAMADOU KAMATEH, <br><br> Defendant. | CASE NO. <br> 1:20-CR-00103-3-TWT-LTW |

## ORDER APPOINTING COUNSEL

The Court finds the Defendant, the individual named below, having testified under oath or having otherwise satisfied this Court that he or she is financially unable to employ counsel, is indigent, and because the interest of justice so require;

IT IS ORDERED that Lawanda N. Hodges is hereby appointed to represent Defendant Muhamadou Kamateh.

This 11th day of September, 2020.

_____
UNITED STATES MAGISTRATE JUDGE