*Michael Yeager*
*U.S. Marshal*

RECEIVED IN CLERK'S OFFICE
U.S.D.C. - Atlanta

JUN -2 2021

JAMES N. HATTEN, Clerk
By: Deputy Clerk

**U.S. Department of Justice**
*United States Marshals Service*
*75 Ted Turner Drive S.W. Suite 1600*
*Atlanta, GA 30303*

June 2, 2021

Mr. MUHAMADOU KAMATEH
USMS# 07868-509
Case 1:20-CR-103-003-TWT

Dear Mr. KAMATEH

Pursuant to the sentence you received in federal court in the Northern District of Georgia, you are hereby directed to report to the following institution to begin service of your federal sentence.

| | |
|---|---|
| INSTITUTION: | USP McCreary SCP<br>U.S. Penitentiary<br>330 Federal Way<br>Pine Knot, KY  42635 |
| TELEPHONE NO.: | (606) 354-7000 |
| REPORT DATE: | **NOON, JULY 02, 2021** |

Any further inquiries should be directed to the institution at the telephone number listed above.

Respectfully,

Michael Yeager
United States Marshal

Ronnie Virden
Criminal Section