IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| v. | ) CRIMINAL CASE NO.: |
| | ) 1:20-cr-0103-3-TWT-LTW |
| MUHAMADOU KAMATEH, | ) |
| Defendant. | ) |

## ORDER

Defendant Kamateh's *MOTION TO MODIFY CONDITIONS OF PRETRIAL RELEASE,* having been read and considered and for good cause shown, IT IS HEREBY ORDERED that said motion is GRANTED. Defendant may travel to Orlando, Florida from June 23, 2021 to June 28, 2021.

SO ORDERED, this __9th__ day of June 2021.

By: _____
Thomas W. Thrash, Jr.
United States District Court Judge,
Northern District of Georgia